UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                    Case No. 09-cv-300-SM

<u>Elaine A. Brown</u>

## **ORDER OF RECUSAL**

    While this case does not involve allegations of threats made against me (which would unquestionably warrant recusal), given earlier public statements attributed to the defendant of a threatening character, and directed at me, I conclude that a reasonable person fully informed of the pertinent facts might understandably question my ability to remain impartial were I to preside.  While I have no doubt about my own ability to be impartial, I think the public interest is better served by my recusal and reassignment of this case to a different judge to avoid the risk of even an appearance of partiality.

    The Clerk shall reassign the matter to a different judge.


**SO ORDERED.**

                                              Steven J. McAuliffe
                                              Chief Judge

September 4, 2009

cc:  Julie C. Avetta, Esq.