```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 09-cv-300

**Elaine Brown**


## **O R D E R**

I recuse myself from presiding over this case.  The case shall be assigned to another judge.

    SO ORDERED.


                                       /s/Paul Barbadoro
                                       Paul Barbadoro
                                       United States District Judge


September 15, 2009

cc:  Counsel of Record