UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                      Civil No. 09-cv-300

<u>Elaine Brown</u>


<u>O R D E R</u>

The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                                     /s/ Joseph A. DiClerico, Jr.
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

September 15, 2009

cc:  Julie C. Avetta, Esquire