UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

    v.                                    Civil No. 09-cv-300

Elaine Brown


### ORDER OF RECUSAL

I hereby recuse myself from presiding in this case.  The case shall be assigned to another judge.

**SO ORDERED.**

                                        James R. Muirhead
                                      United States Magistrate Judge

Date: September 15, 2009

cc:   Jule C. Avetta, Esq.