UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                            Civil No. 09-cv-00300-JL

<u>Elaine A. Brown</u>

**ORDER OF RECUSAL**

Because related criminal cases against the defendant were prosecuted by the United States Attorney's Office during the time I served as the First Assistant U.S. Attorney, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:  September 15, 2009

cc:  Julie C. Avetta, Esq.