UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

      v.                                    NH Civil No. 09-cv-300

<u>Elaine Brown</u>

## **ORDER**

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

Date: September 17, 2009

Steven J. McAuliffe
Chief Judge

cc:    Julie C. Avetta, Esq.
        Clerk, USDC - District of Maine

## **CONCURRING ORDER**

I concur that ___George Z. Singal___, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge ___Margaret J. Kravchuk___ is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: ___Sept 25 2009___

___[signature]___
Chief United States District Judge
District of Maine

cc:  Julie C. Avetta, Esq.
     Clerk, USDC- District of New Hampshire

2