# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.   1:09-300-GZS |
| ) | |
| **ELAINE A. BROWN,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 16) filed April 30, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the United States' Motion for Summary Judgment (Docket No. 14) is **GRANTED**.

                                                   /s/ George Z. Singal
                                                   United States District Judge

Dated this 18th day of May, 2010.